# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NICHOLAS DORADO, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

v.                          No. 4:19-cv-573-DPM

ST. VINCENT COMMUNITY HEALTH
SERVICES, INC.; ST. VINCENT
INFIRMARY MEDICAL CENTER;
CATHOLIC HEALTH INITIATIVES
PHYSICIAN SERVICES, LLC; and
FIRST INITIATIVES INSURANCE, LTD.                             DEFENDANTS

## ORDER

When this case was removed, First Initiatives was unserved. Dorado believes the company is based in the Cayman Islands; identifying an agent for service has been challenging. Dorado's timely motion to extend its time beyond the ninety days provided for service in the circumstances by 28 U.S.C. § 1448 and Federal Rule of Civil Procedure 4(m) is granted as modified for good cause. Service period extended to 18 December 2019. The current parties should file a Rule 26(f) report by 6 December 2019 as scheduled. Motion, № 10, granted as modified.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*15 November 2019*