IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS DORADO, Individually and
on Behalf of All Others Similarly Situated                PLAINTIFF

v.                    No. 4:19-cv-573-DPM

ST. VINCENT COMMUNITY HEALTH
SERVICES, INC.; ST. VINCENT
INFIRMARY MEDICAL CENTER;
CATHOLIC HEALTH INITIATIVES
PHYSICIAN SERVICES, LLC; and
FIRST INITIATIVES INSURANCE, LTD.                         DEFENDANTS

## ORDER

After twice extending Dorado's time to serve First Initiatives, the Court said it wouldn't allow any more extensions. № 11 & 21. Dorado completed service, № 26, but mistakenly served the state court summons, № 30 at 1. First Initiatives has moved to dismiss for insufficient process. № 28. The Court is reluctant to delay this case any further. But Dorado's mistake is good cause to reopen and extend his time to serve First Initiatives until 24 February 2020. FED. R. CIV. P. 4(m). Dorado's counsel must present a proper summons for the Clerk to issue. FED. R. CIV. P. 4(b). Affidavit of service due by 28 February 2020. Dorado's motion, № 30, is granted as modified. First Initiatives' motion to dismiss, № 28, is denied without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2020