IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS DORADO, Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFF

v.                            No. 4:19-cv-573-DPM

ST. VINCENT COMMUNITY HEALTH
SERVICES, INC.; ST. VINCENT
INFIRMARY MEDICAL CENTER;
CATHOLIC HEALTH INITIATIVES
PHYSICIAN SERVICES, LLC; and
FIRST INITIATIVES INSURANCE, LTD.                                            DEFENDANTS

## JUDGMENT

Dorado's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2021